IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

PATRICK J. CHAREST,                  :

    Plaintiff,                       :

vs.                                  :    CIVIL ACTION 04-0687-BH-M

OFFICER MONTGOMERY, et al.,          :

    Defendants.                      :

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge (Doc. 17) made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that the claims in the Third Claim of the Complaint, except for the claim against Defendant Boyington, and the claims in the Fourth Claim of the Complaint based on the alleged strip search of the plaintiff shall proceed in this action, but that all the remaining claims be and are hereby **DISMISSED**, prior to service of process, pursuant to 28 U.S.C. § 1915A(b)(I) because the claims are either frivolous or fail to state a claim upon which relief can be granted.

    **DONE** this 24th day of April, 2006.

                                                                   s/ W. B. Hand
                                                        SENIOR DISTRICT JUDGE