IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICK J. CHAREST, | : |
|     Plaintiff, | : |
| vs. | :   CIVIL ACTION 04-0687-BH-M |
| OFFICER MONTGOMERY, et al., | : |
|     Defendants. | : |

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge (Doc. 18) made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's Motion for Temporary Restraining Order and/or in the Alternative, for a Preliminary Injunction (Doc. 13) and Supplement (Doc. 14) be and are hereby **DENIED**.

    **DONE** this 24th day of April, 2006.

                                                            s/ W. B. Hand
                                            SENIOR DISTRICT JUDGE