IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICK J. CHAREST, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 04-0687-BH-M |
| OFFICER MONTGOMERY, et al., | : |
| Defendants. | : |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's Motion for Leave to Amend Due to Disclosure of Latent Defendant's Being Revealed by Means of Limited Discovery for Leave to Amend Complaint (Doc. 59) be and is hereby **DENIED**.

**DONE** this 11th day of April, 2007.

                                                   s/ W. B. Hand
                                            SENIOR DISTRICT JUDGE