**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

PATRICK J. CHAREST,                  :

    Plaintiff,                       :

vs.                                  :     CIVIL ACTION 04-00687-BH-M

OFFICER MONTGOMERY, et al.,          :

    Defendants.                      :

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.  It is **ORDERED** that Plaintiff's complaint be and is hereby **DISMISSED with prejudice**.

**DONE** this 17th day of July, 2007.

                                                  s/ W. B. Hand
                                           SENIOR DISTRICT JUDGE